# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL L. SIMPSON, ) <br> ) <br>    Petitioner, ) <br> ) <br> v. ) <br> ) <br> OKLAHOMA DEPARTMENT OF ) <br> CORRECTIONS, ) <br> ) <br>    Respondent. ) | Case No. CIV-23-437-R |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 26] in its entirety.

For the reasons stated therein, Respondent's Motion to Dismiss [Doc. No. 13] is converted to a motion for summary judgment and is GRANTED. Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is DENIED. A certificate of appealability is also denied.

IT IS SO ORDERED this 29th day of February, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE